HAZEL HARENBERG, PETITIONER, v. STATE BOARD OF EDUCATION, ET AL., RESPONDENTS.

Mr. *Lawrence Friedman* for the petitioner.

Mr. *David D. Furman*, Mr. *Robert S. Miller* and Mr. *Jacob Fox* for the respondents.

October 2, 1961.   Denied.

ANNA E. O'BRIEN, PETITIONER-PETITIONER, v. FIRST CAMDEN NATIONAL BANK & TRUST COMPANY, RESPONDENT-RESPONDENT.

See same case below:   68 *N. J. Super.* 177.

Mr. *Joseph R. Moss* for the petitioner.

Mr. *A. Millard Taylor* for the respondent.

October 2, 1961.   Granted.